**COMMISSIONER OF INTERNAL REVENUE v. Percy B. ECKHART, Executor of the Estate of Bernard A. Eckhart, Deceased.**

**No. 6306.**

Circuit Court of Appeals, Seventh Circuit.
June 26, 1937.

James W. Morris, Asst. Atty. Gen., for petitioner.

Wm. A. McSwain, of Chicago, Ill., for respondent.

Before EVANS, SPARKS, and MAJOR, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the petitioner in the above-entitled cause to docket and dismiss the petition to review the decision of the United States Board of Tax Appeals in the said cause, and it appearing that a certificate of the clerk of the said board has been filed, showing that the petition for review was duly filed with said board, and it further appearing that the respondent in the said cause has consented to the granting of said motion, it is ordered that the above-entitled cause be by the clerk of this court docketed, and that the said petition to review be, and the same is hereby, dismissed. It is further ordered that the mandate in this cause issue forthwith.

**COMMISSIONER OF INTERNAL REVENUE v. ELMHURST CEMETERY COMPANY OF JOLIET.**

**No. 5617.**

Circuit Court of Appeals, Seventh Circuit.
June 26, 1937.

James W. Morris, Asst. Atty. Gen., for petitioner.

Elden McFarland, of Washington, D. C., for respondent.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

The mandate of the Supreme Court of the United States (300 U.S. 37, 57 S.Ct. 324, 81 L.Ed. 491), directing that the judgment of this court heretofore entered in this cause on March 17, 1936, be reversed, and that the decision of the United States Board of Tax Appeals be affirmed, having been received and filed, it is ordered and adjudged by this court that the said judgment of this court heretofore entered on March 17, 1936 [83 F.(2d) 4], be, and the same is hereby, vacated. It is further ordered and adjudged by this court that the decision of the United States Board of Tax Appeals entered in this cause on December 5, 1934, be, and the same is hereby, affirmed.